Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERONE MOTEN AND GREGORY TINSLEY,<br><br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, ex. rel., CLARK COUNTY FIRE DEPARTMENT; BILLY SAMUELS, FIRECHIEF, CLARK COUNTY FIRE DEPARTMENT,<br><br><br>Defendants. | CASE NO.: 2:26-cv-01533-APG-MDC<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HIS RESPONSE TO DEFENDANT'S MOTION TO DISMISS<br>[LR 7-1; LR IA 6-2]<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to Defendant Clark County and Billy Samuels' motion to dismiss filed on June 18, 2026, for which the response is currently due on July 2, 2026, will be continued until July 16, 2026.

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given other matters Plaintiff's counsel is involved including a motion for summary judgment due on July 8th and an ENE scheduled on July 2nd, the same day the response to the

1

motion to dismiss is currently due.  In addition, Plaintiff's counsel was out of town at the Nevada State Bar Convention from June 16th through 20th and the National Employment Lawyers Association Annual Convention from June 23rd through June 28th.

No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendants' motion to dismiss.

LAW OFFICES OF MICHAEL P. BALABAN

STEVEN B. WOLFSON
District Attorney
CIVIL DIVISION

/s/ Michael P. Balaban
Michael P. Balaban, Esq.
10726 Del Rudini St.
Las Vegas, NV  89141
Attorney for Plaintiff

Dated: June 30, 2026

/s/ Scott Davis
Scott Davis, Esq.
Devon Brown, Esq.
500 South Grand Central Parkway
Las Vegas, NV  89155
Attorneys for Defendants

Dated: June 30, 2026

IT IS SO ORDERED:

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Dated: July 1, 2026